No. _____  JW

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FILED

2007 AUG -2 A 8: 23

## SAN JOSE DIVISION

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.



SEALED BY ORDER OF THE COURT

## THE UNITED STATES OF AMERICA

### vs.

### ROBERT VILLARREAL and
### STEVEN COTA a/k/a "ROOSTER"

## INDICTMENT

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841 (b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine;
<u>Count Two</u>: Title 21, United States Code, Section 841(a)(1) - Distribution of Methamphetamine

*A true bill.*

_____
Foreperson

Filed in open court this \_\_\_1\_\_\_ day of Aug 2007

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ \_\_NO BAIL WARRANT\_\_
RS

DOCUMENT NO 1c
DISTRICT COURT CRIMINAL CASE PROCESSING

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 AUG -2 A 8: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 07 00502 JW

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine |
| v. | |
| ROBERT VILLARREAL and STEVEN COTA, a/k/a "ROOSTER", | |
| | ) SAN JOSE VENUE |
| Defendants. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 846 and 841(b)(1)(B)(viii))

On or about March 7, 2006, in the Northern District of California, the defendants,

ROBERT VILLARREAL and
STEVEN COTA,
a/k/a "ROOSTER",

did knowingly and intentionally conspire with other persons known and unknown to the Grand

INDICTMENT

1  Jury to distribute a controlled substance, to wit, 5 grams and more of methamphetamine,
2  its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections
3  846 and 841(b)(1)(B)(viii).
4  <u>COUNT TWO:</u>  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))
5      On or about March 7, 2006, in the Northern District of California, the defendants,

ROBERT VILLARREAL and
STEVEN COTA,
a/k/a "ROOSTER",

did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

A TRUE BILL.

DATED: 8/1/07

FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____)
                         AUSA O'Connell

INDICTMENT            2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**
SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

FILED
2007 AUG -2  A 8:23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

**PENALTY:**
SEE ATTACHMENT TO PENALTY SHEET

---

**DEFENDANT - U.S.**

▶ ROBERT VILLARREAL

**DISTRICT COURT NUMBER**

CR 07 00502 JW

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l   ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.
    ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant                      MAGISTRATE CASE NO.
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  THOMAS M. O'CONNELL

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

UNITED STATES OF AMERICA
v.
ROBERT VILLREAL and
STEVEN COTA a/k/a "ROOSTER"

**ATTACHMENT TO PENALTY SHEET**

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment


<u>Count Two</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT TO PENALTY SHEET

FILED
2007 AUG -2  A 8:23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

**DEFENDANT - U.S.**
▶ STEVEN COTA a/k/a "ROOSTER"

**DISTRICT COURT NUMBER**
CR 07 00502 JW PVT

---- PROCEEDING ----

**Name of Complaintant Agency, or Person (&Title, if any)**
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**   SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**   THOMAS M. O'CONNELL

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

UNITED STATES OF AMERICA
v.
ROBERT VILLREAL and
STEVEN COTA a/k/a "ROOSTER"

**ATTACHMENT TO PENALTY SHEET**

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

<u>Count Two</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment