UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware      **Courtroom Deputy:** Elizabeth Garcia
**Date:** 10/29/2007     **Court Reporter:** Irene Rodriguez
**Case No:** CR-07-0502 W     **U.S. Probation Officer:** N/A
    **Interpreter:** N/A

## TITLE

U.S.A. v. Steven Cota ( C) (2)

**Attorney(s) for Plaintiff(s):** David Callaway for Tom O'Connell
**Attorney(s) for Defendant(s):** Michelle Spencer

## PROCEEDINGS

Status Hearing re Setting/Disposition

## ORDER AFTER HEARING

Hearing Held. Defendant Cota present and in custody for proceedings. The Court continued this matter to November 19, 2007 for Setting/Disposition. Time is excluded from October 29, 2007 to November 19, 2007 for efforts to reach a potential resolution of this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-file**
CC: