UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 11/19/2007
**Case No:** CR-07-502-02 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

### TITLE

U.S.A. v. Steven Cota ( C) (2)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Michelle Spencer

### PROCEEDINGS

Dispositional Hearing

### ORDER AFTER HEARING

**Hearing Held. Defendant Cota present and in custody for proceedings. The Defendant plead guilty as to Count One of the Indictment. A plea agreement was executed in open court. The Court referred this matter to the United States Probation Office for preparation of a presentence investigation report. The Government made an oral motion to dismiss remaining counts. The Court took the motion under submission until the date for sentencing.**

**The Court set Judgment and Sentencing on February 4, 2008 at 1:30 PM.**

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed/C. Escolano**
CC: