MICHELLE D. SPENCER, CSB 164696
Attorney at Law
331 Soquel Ave., Suite 208
Santa Cruz, CA 95062
Tel: 831.426.9900
Fax: 831.427.0674

Attorney for Defendant
Steven Cota

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>**CARLOS ALVAREZ VELASQUEZ**, et al.,<br>Defendant. | No:    CR 07-00502-2-JW<br><br>DATE:  February 4, 2008<br>TIME:  1:30 p.m.<br>COURT: Hon. James Ware<br><br>**STEVEN COTA'S**<br>**SENTENCING MEMORANDUM** |
|---|---|

    Based on Mr. Cota's lengthy substance abuse history as documented in the Presentence Report (PSR) we respectfully request that the Court recommend to the Bureau of Prisons that Mr. Cota participate in the Bureau of Prisons Residential Drug Abuse Treatment Program.

    Mr. Cota entered into a plea agreement with a specific sentence of 60 months. Additionally, the plea agreement contained an unusually detailed factual recitation. The facts from the plea agreement are summarized at pages four through six of the PSR. By entering into the plea agreement, Mr. Cota agreed not to dispute the facts contained in the plea agreement. The factual description includes a description of conversations about the sale of stolen cars and the sale of firearms. (See PSR pp. 4-6.) On November 19, 2007 Mr. Cota's counsel indicated on the

record at the change of plea that no evidence was adduced that Mr. Cota ever engaged in the sale of firearms or stolen cars. The government did not dispute counsel's statement. The defense would like to ensure that the language about the sale of fireams and stolen cars does not adversely impact Mr. Cota's classification.

    Mr. Cota respectfully requests that the Court sentence him to no more than 60 months and that the Court recommend to the Bureau of Prisons that Mr.Cota participate in the Bureau of Prisons Residential Drug Abuse Treatment Program.

Date: February 1, 2008                        Respectfully submitted,

                                                          _____
                                                          MICHELLE D. SPENCER
                                                          CJA Attorney for Steven Cota