## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

### CRIMINAL MINUTES

**Judge: James Ware**  
**Date:  2/4/2008**  
**Case No.: CR-07-502 JW**  
**Related Case No.: N/A**

**Courtroom Deputy: Elizabeth Garcia**  
**Court Reporter: Jana Ridenour**  
**U.S. Probation Officer: Lori Timmons for Connie Cook**  
**Interpreter:   N/A**

### TITLE

**U.S.A. v. Steven Cota (2)( C)**

**Attorney(s) for Plaintiff(s): Tom O'Connell**
**Attorney(s) for Defendant(s): Michelle Spencer**

### PROCEEDINGS

**Judgment and Sentencing**

### ORDER AFTER HEARING

**Hearing Held.  The Defendant present and in custody for proceedings.  The Defendant was sentenced as to Count One (1) of the Indictment.  The Defendant is committed to 60 months BOP custody, four (4) years supervised release under the standard conditions and Court imposed special conditions, $100 special assessment. The Government made a Motion to Dismiss Count Two (2) of the Indictment.  The Court GRANTED the Government's Motion.  The Defendant is remanded to USM.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: