**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-00502-2 JW |
| Plaintiff, | **SEALING ORDER PURSUANT TO GENERAL ORDER 54** |
| v. | |
| COTA, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

__**X**__   Presentence Report

___   Plea Agreement

__X__   Statement of Reasons

___   _____ (Other)

Dated: February 6, 2008

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

2 United States Marshal Service
United States Probation Office
3 280 South First
San Jose, CA 95113
4

5
**Dated: February 6, 2008**                                **Richard W. Wieking, Clerk**
6

7                                                          **By:** _____
                                                            **Elizabeth Garcia**
8                                                          **Courtroom Deputy**